OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 At defendant’s trial an accomplice, Mastracco, testified at length as to defendant’s role in orchestrating Dawn Grillo’s murder. The People introduced a taped conversation between Mastracco and defendant, for the purpose of corroborating Mastracco’s testimony (CPL 60.22). Defendant challenges the sufficiency of the corroborating evidence as equivocal. Even though subject to an innocent interpretation, the taped conversation " ' "so harmonize[d] with the accomplice’s narrative as to have a tendency to furnish the necessary connection between the defendant and the crime.” ’ ”
 
 (People v Kohut,
 
 30 NY2d 183, 194, quoting
 
 People v Morhouse,
 
 21 NY2d 66, 74;
 
 see also, People v Farruggia,
 
 61 NY2d 775, 777.)
 

 Chief Judge Wachtler and Judges Meyer, Simons, Kaye, Alexander, Titone and Hancock, Jr., concur.
 

 Order affirmed in a memorandum.